Hildagarde Beckett, Administratrix Plaintiff-Appellant, 
against
New York Bus Service and "John" (name being fictitious) Morgan, Defendants-Respondents.



Plaintiff appeals from an order of the Civil Court of the City of New York, Bronx County (Verna L. Saunders, J.), entered October 5, 2016, which denied her motion to amend the complaint.




Per Curiam.
Order (Verna L. Saunders, J.), entered on October 5, 2016, affirmed, with $10 costs.
Civil Court providently exercised its discretion in denying plaintiff's eve of trial motion to amend the complaint to include a wrongful death cause of action, where the motion was made ten years after the initial answer was filed, nearly six years after the death of plaintiff's decedent, four years after the appointment of a representative for the estate, and seven years after the case was certified ready for trial (see Garguilo v Port Auth. of NY & N.J., 137 AD3d 708 [2016], lv denied 28 NY3d 905 [2016]). Since the proposed amendment would severely prejudice defendants (see Lopez v City of New York, 80 AD3d 432, 433 [2011]), and plaintiff failed to offer any excuse for the substantial delay (see Holliday v Hudson Armored Car & Courier Serv., 301 AD2d 392, 399-400 [2003], lv dismissed in part, denied in part 100 NY2d 636 [2003]), the motion was properly denied (see Jablonski v County of Erie, 286 AD2d 927 [2001]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: February 21, 2017